# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: The Diocese of Buffalo, N.Y. Docket No.: 26-2717

Lead Counsel of Record (name/firm) or Pro se Party (name): Ilan D. Sharf, Esq. / Pachulski Stang Ziehl & Jones LLP

Appearance for (party/designation): Official Committee of Unsecured Creditors / Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______
( ) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Ilan D. Scharf, Esq.
Firm: Pachulski Stang Ziehl & Jones LLP
Address: 1700 Broadway, 36th Floor, New York, NY 10019
Telephone: 212-561-7721 Fax: 212-561-7777
Email: ischarf@pszjlaw.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: ______

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: In re GOL Linhas Aereas Inteligentes S.A., No. 26-49 appeal of 675 B.R. 125 (S.D.N.Y. 2025)

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ______ OR that ( ) I applied for admission on ______ or renewal on ______. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: ______
Type or Print Name: Ilan D. Scharf
OR
Signature of pro se litigant: /s/ Ilan Scharf
Type or Print Name: ______
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.