# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: The Diocese of Buffalo, N.Y. Docket No.: 26-2717

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeffrey M. Dine, Esq.

Firm: Pachulski Stang Ziehl & Jones LLP

Address: 1700 Broadway, 36th Floor, New York, NY 10019

Telephone: 212 561 7735 Fax: 212 561 7777

E-mail: jdine@pszjlaw.com

**Appearance for:** Official Committee of Unsecured Creditors / Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________)
(name/firm)

☑ Additional counsel (co-counsel with: Ilan D. Scharf / Pachulski Stang Ziehl & Jones LLP)
(name/firm)

☐ Amicus (in support of: ______________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ______________________ OR

☐ I applied for admission on ______________________.

Signature of Counsel: /s/ Jeffrey M. Dine

Type or Print Name: Jeffrey M. Dine