# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: The Diocese of Buffalo, N.Y. _____ Docket No.: 26-2717 ________

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: James I. Stang, Esq.

Firm: Pachulski Stang Ziehl & Jones LLP

Address: 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067

Telephone: 310-277-6910 _________________________ Fax: 310-201-0760

E-mail: jstang@pszjlaw.com

**Appearance for:** Official Committee of Unsecured Creditors / Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ________________________________ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _______ )
(name/firm)

☑ Additional counsel (co-counsel with: Ilan D. Scharf / Pachulski Stang Ziehl & Jones LLP )
(name/firm)

☐ Amicus (in support of: ________________________________ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ________________________________ OR

☐ I applied for admission on ________________________________.

Signature of Counsel: /s/ James I. Stang

Type or Print Name: James I. Stang